# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DARLENE R. REX,

    Plaintiff,

v.                              CASE NO. 4:13cv671-RH/CAS

THE FLORIDA LEGISLATURE,

    Defendant.

_____/

## ORDER REQUIRING THE DEFENDANT TO FILE
## THE REMAINDER OF THE STATE-COURT RECORD

The plaintiff filed this case in state court. The defendant removed the case to this court. The defendant attached to its notice of removal a copy of the amended complaint. But the defendant did not attach or otherwise file the other papers filed in the state court. As authorized by 28 U.S.C. § 1447(b),

IT IS ORDERED:

The defendant must file in this court copies of all records and proceedings in the state court.

SO ORDERED on December 20, 2013.

                                            s/Robert L. Hinkle
                                            United States District Judge