**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DARLENE R. REX,

    Plaintiff,

v.                                   CASE NO. 4:13cv671-RH/CAS

THE FLORIDA LEGISLATURE,

    Defendant.

_____/

## ORDER CLOSING THE FILE

The parties have filed a stipulation for dismissal without prejudice. ECF No. 8. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk must close the file.

    SO ORDERED on January 15, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge